IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3091 |
| vs. | ORDER |
| LARRY W. CARTER, | |
| Defendant. | |

The defendant has filed a motion to appoint counsel (filing 36) to assist him in seeking a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825.

However, the defendant is not eligible for a reduction pursuant to that amendment. Although the defendant received two "status points" pursuant to U.S.S.G. § 4A1.1(d), *see* filing 34 at 13, reducing his criminal history score from 17 to 15 would still result in a criminal history category of VI, leaving his guidelines sentencing range unchanged. Accordingly,

IT IS ORDERED that the defendant's motion to appoint counsel (filing 36) is denied.

Dated this 7th day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge